AUGUST 26, 1957

**No. 61186.**—Herman D. Steel Co. and Morris Friedman *v.* United States, protest 234467–K.—

—C. D. 1855. Plaintiffs' application for rehearing denied.

AUGUST 27, 1957

**No. 61187.**—Dadourian Export Corporation *v.* United States, protests 240124–K and 247117–K.—Protests abandoned July 16, 1957. (Not published.) (Initial No. 203097–K.) Plaintiff's application for rehearing granted.

AUGUST 27, 1957

**No. 61188.**—SUIT 4886.—Wah Shang Company *v.* United States.—
—Abstract 59729 affirmed May 7, 1957. C. A. D. 654.

**No. 61189.**—SUIT 4890.—Plant Products Corporation *v.* United States.—
—C. D. 1781 affirmed May 7, 1957. C. A. D. 658.

AUGUST 28, 1957

**No. 61190.**—SUIT 4881.—United States *v.* Schoenfeld & Sons, Inc.—
—C. D. 1773 reversed May 7, 1957. C. A. D. 657.